MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV   89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GENE R. EMPEY,                      )
                                    )
    Plaintiff,                    )
                                    )          No.
vs.                                 )
                                    )
COLLECTCORP CORPORATION,            )
                                    )
    Defendant.                    )
_____)          JURY DEMANDED

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

PRELIMINARY STATEMENT

2.   This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3.   In 2007, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

4.   As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5.   Plaintiff, Gene R. Empey, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6.   Defendant, Collectcorp Corporation, is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Birmingham, Alabama, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7.   Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8.   On December 15, 2007, Plaintiff advised Defendant in writing to cease all contact (Exhibit 1).

9.   Defendant received Exhibit 1 on December 27, 2007 (Exhibit 2).

10.   Notwithstanding, Defendant continued to call and dun Plaintiff.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

11.   Defendant's February 26, 2008, letter is attached as Exhibit 3.

12.   Exhibit 3 was sent in clear violation of FDCPA § 1692c(c).

13.   The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

14.   Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

15.   As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

16.   As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

17.   The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e and 1692f.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

3

18.   Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

COUNT II

19.   The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc., 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); Pittman v. J. J. Mac Intyre Co. of Nevada, Inc., 969 F. Supp. 609, 613-14 (D. of Nev. 1997).*

20.   Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1.   Award actual damages.

2.   Award punitive damages.

3.   Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.

4.   Award reasonable attorney fees.

5.   Award costs.

6.   Grant such other and further relief as it deems just and proper.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, NV  89102
Attorney for Plaintiff

4

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

**Gene R. Empey**
**1892 Napoleon Drive**
**Las Vegas, NV 89156**

December 15, 2007

Collectcorp
P.O. Box 100789
Birmingham, AL 35210-0789

Re: Collection Letter

To Whom It May Concern:

Concerning your letter of December 4, 2007 (enclosed), I offer you the following:

I hereby demand you cease and desist in any further communication to me regarding this matter.

*Gene R. Empey*

Gene R. Empey

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CollecTcorp
P.O. Box 100785
Birmingham, AL
35210-0785

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Robert R. Blankley_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

DARRIL C HENDRY

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0810 0003 3642 7882

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 2

USPS - Track & Confirm                                                    Page 1 of 1

 **UNITED STATES POSTAL SERVICE**                     Home | Help

                                                                    Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0810 0003 3692 7862
Status: Delivered

Your item was delivered at 8:56 AM on December 27, 2007 in
BIRMINGHAM, AL 35210.

|                          |
|--------------------------|
| **Track & Confirm**      |
| Enter Label/Receipt Number. |

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

P.O. Box 100789
Birmingham, AL 35210-0789



71-073620066WA022608



**COLLECTCORP**
800-678-3052
Our hours of operation are
Mon - Thu 8:00am to 11:00pm EST
Fri, 8:00am to 5:00pm and Sat 8:00am to 2:00pm EST

1 - 12894-26
Gene Empey                     00320
1892 Napoleon Dr
Las Vegas, NV 89156-7184

Ilulliluuullilluilluiluuliullullullulluullilul

Date: February 26, 2008
Reference #: AME 71-073620066
Client Name: American Express - Cosg Lending
Medium 1
Account #: 372346458721005
Amount Owing: $9,538.11

## PAYMENT PLAN PROPOSAL

Dear Sir/Mme.,

You have been advised previously that your account has been placed with Collectcorp Corporation for collection.

After reviewing your delinquent account we would like to give you an opportunity to propose a monthly installment plan that is more suited to your financial situation.   If payment is not made, collection efforts as well as interest will continue on this account.

Please contact our office to take advantage of this opportunity to bring your account to a conclusion, by paying your account over time.  There are several methods of repayment available.  Contact our representative to choose one that meets your needs.

Should you have any questions concerning your repayment proposal or your account, please call MR. AHMADPOUR at (866) 251-2396.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

### Please Detach and Return This Portion with Payment

Gene Empey
1892 Napoleon Dr
Las Vegas, NV 89156-7184



| Pre-Authorized — Auto Pay [ ] |
|---|
| Routing No. _____ |
| Name of Bank _____ |
| Check No. _____ |
| Account No. _____ |
| Name of Account Holder _____ |
| Signature _____ |
| Payment Amount $ _____ |

COLLECTCORP CORPORATION
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Reference #: AME 71-073620066
Company: Collectcorp Corporation (Loc. 71)

IlulılıllIllılıllıllıllıllıll



**EXHIBIT 3**

WA0304

By mailing your check you authorize Collectcorp to debit your account, one time for the amount of the check, via an electronic funds transfer (EFT). Funds may be withdrawn from your account as soon as the same day payment is received. In the event your check is returned unpaid for insufficient or uncollected funds, we may re-present your check. Your check will not be returned by your financial institution.