MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENE R. EMPEY,<br><br>     Plaintiff,<br><br>vs.<br><br>COLLECTCORP CORPORATION,<br><br>     Defendant. | No. 2:08-cv-00313-RCJ-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED: May 8, 2008.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LAW OFFICE OF BRIAN D. SHAPIRO, LLC

_____
BRIAN D. SHAPIRO, ESQ.
Nevada Bar #005772
624 South Ninth St.
Las Vegas, NV 89101
Attorneys for Defendant

IT IS SO ORDERED this  4th  day of  June , 2008.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700